# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK MAURICE McMILLAN, | NO. CV 13-6910-MAN |
| Petitioner, | JUDGMENT |
| v. | |
| M D BITER, | |
| Respondent. | |

Pursuant to the Court's Order: Denying Habeas Petition; Dismissing Action With Prejudice; and Denying Certificate of Appealability,

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: July 18, 2014.

*Margaret A. Nagle*
MARGARET A. NAGLE
UNITED STATES MAGISTRATE JUDGE